In the Matter of GEORGE WEISBARTH, an Attorney, Respondent. QUEENS COUNTY BAR ASSOCIATION, Petitioner.— Proceeding dismissed. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of CARL R. WITTEKIND, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Matter referred to Honorable Philip A. Brennan, Official Referee, to hear and to report with his opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of ASHER ZIEDE, now known as ASHER ZEIDE, an Attorney, Respondent. QUEENS COUNTY BAR ASSOCIATION, Petitioner.— Matter referred to Honorable Charles J. Dodd, Official Referee, to hear and to report with his opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

FRANK H. KENNY et al., Respondents, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 837.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

ELEANOR MOCARSKI, as Administratrix of the Estate of FRANK MOCARSKI, Deceased, Appellant, v. TRANSIT-MIX CONCRETE COMPANY, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 832.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

OXLEN REALTY CORPORATION, Appellant, v. AUTOMATIC DAY BED CO., INC., et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

BENJAMIN RIBAK, Respondent, v. MARTHA RIBAK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 834.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

MORRIS SCHWARTZ, Appellant, v. ABRAHAM SHAFFER, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 825.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

ULMER PARK REALTY COMPANY, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 291.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

U. S. B. & M. LIQUIDATION CORPORATION, Respondent, v. JOHN CRUICKSHANK et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 787.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

MARY WAKS, Respondent, v. VERA ROTGERBERG, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See ante, p. 825.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

EVELYN DIXON, as Administratrix of the Estate of NORMAN K. DIXON, Deceased, Respondent, v. BATES CHEVROLET CORPORATION et al., Appellants, et al., Defendants.— Defendants appeal from a judgment for the plaintiff in an action to recover damages for wrongful death, as the consequence of plaintiff's intestate's being killed because of the negligence of the individual defendant while operating a car owned by the corporate defendant, which operation was with its permission and consent. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See post, p. 956.]